373 A.2d 1145

Dubrook, Inc. v. Engineered Building Systems Company, Appellant.

Cray v. Engineered Building Systems Company, Appellant.

Argued November 21, 1975. Robert T. Crothers, with him Reed B. Day, for appellant; William T. Marsh, submitted a brief for appellee at Nos. 395 and 396; Lee A. Montgomery and Darrell L. Kadunce, submitted a brief for appellee at No. 819.

OPINION PER CURIAM: Orders and judgment affirmed.

JACOBS, J., dissents as to appeal numbers 395 and 396, April Term, 1975.